# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO: |
| TIMOTHY AND MELINDA DUNCAN<br>51 PALESTINE RD<br>BALDWYN, MS 38824 | 13-13757 |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Trustee, Terre M. Vardaman, files this Notice of Final Cure Payment. The amount required to cure the default on the claim identified below has been paid in full.

___

**Name of Creditor:** RUSHMORE LOAN MANAGEMENT
**Court Claim No.:** 10            Last four digits of account number (if known): 7145
___

**Final Cure Amount:**
Amount of allowed pre-petition arrearage Paid by Trustee: **$24,752.13**
___

**Continuing Monthly Mortgage Payment:**
As of the date of the final plan payment, the continuing monthly mortgage payment was paid:
__X__ Chapter 13 Trustee conduit            _____ Direct by Debtor(s)

If Trustee conduit, total amount of continuing payments: **$37,909.06 THROUGH JULY, 2018.**

**Additional Payments $**
___

Pursuant to Fed. R. Bankr. P. 3002.1(g), the Creditor MUST, within twenty-one (21) days of the service of the Notice of Final Cure Payment, file and serve on the Debtor(s), Debtor(s)' counsel and the Chapter 13 Trustee, a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim; and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11.U.S.C. Section 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed. R. Bankr. P. 3001(f).

Failure to file such statement or provide any information required by Fed. R. Bankr. P. 3002.1(g), may result in the imposition of sanctions and/or other appropriate relief as determined by the Court.

DATED: JULY 6, 2018.            RESPECTFULLY SUBMITTED:

/S/ TERRE M. VARDAMAN, CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326
601-825-7663; vardaman13ecf@gmail.com

### CERTIFICATE OF SERVICE

I, Terre M. Vardaman, do hereby certify that I have this day filed the foregoing with the Clerk of Court using the CM/ECF system, and I further certify that I served a true and correct copy of same, either electronically or via United States Mail, postage prepaid, to the DEBTOR, ATTORNEY FOR DEBTOR, UNITED STATES TRUSTEE and to the following:

RUSHMORE LOAN MANAGEMENT
c/o EMILY COURTEAU
MORRIS & ASSOCIATES
2309 OLIVER RD
MONROE, LA 71201

Dated: JULY 6, 2018.            /S/ TERRE M. VARDAMAN